Department of Homeland Security  
Bureau of Immigration and Customs Enforcement

**Notice to EOIR: Alien Address**

---

Date: **December 14, 2017**

To: Office of the Immigration Judge, EOIR  
201 Varick St  
New York, NY  10014

From: ICE D&R  
201 Varick St  
New York, NY  10014

Respondent: **KIADII, Ramatu Famettu**          A Number: **097 421 333**

---

This is to notify you that this respondent is:

☐ Currently incarcerated by federal, state or local authorities.  A charging document has been served on the respondent and an Immigration Detainer-Notice of Action by ICE (Form I-247) has been filed with the institution shown below.  He/she is incarcerated at:

His/her anticipated release date is.

☒ Detained by ICE on: **December 11, 2017:**  
**Hudson County Jail**  
**30-35 Hackensack Ave.**  
**Kearney, NJ 07032**

☐ **Transferred:**

☐ Released from ICE custody on the following condition(s):
  ☐ Order of Supervision or Own Recognizance (Form I-220A)
  ☐ Bond in the amount of *Enter Dollar Amount of Respondent's Bond*
  ☐ Removed, Deported, or Excluded
  ☐ Other

---

Upon release from ICE custody, the respondent reported his/her address and telephone number would be:

☐ I hereby certify that the respondent was provided an EOIR-33 Form and notified that they must inform the Immigration Court of any further change of address.

ICE Official: N.Bacchus, DO

Form I-830 (Rev.4/26/99) N

U.S. Department of Homeland Security                                    **Notice to Appear**

**In removal proceedings under section 240 of the Immigration and Nationality Act:**
Subject ID: 358327630
                              DOB: 11/12/1972              File No: 097 421 333
                                                           Event No: NYC1703000397

In the Matter of:

Respondent: RAMATU FAMETTU KIADII AKA: PRAT, See Continuation Page Made a Part Hereof    currently residing at:

950 Steuben Street Staten Island, NEW YORK, 10304
                    (Number, street, city and ZIP code)          (Area code and phone number)

☐ 1. You are an arriving alien.
☒ 2. You are an alien present in the United States who has not been admitted or paroled.
☐ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
See Continuation Page Made a Part Hereof

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
See Continuation Page Made a Part Hereof

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.
☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8CFR 208.30(f)(2)  ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
TO BE CALENDARED AND NOTICE PROVIDED BY THE OFFICE OF THE IMMIGRATION COURT.

                    *(Complete Address of Immigration Court, including Room Number, if any)*

on **To be set.**       at **To be set.**       to show why you should not be removed from the United States based on the
      (Date)                 (Time)
charge(s) set forth above.        J 1084 ALMODOVAR        SDDO
                                  *(Signature and Title of Issuing Officer)*

Date: October 23, 2017         New York, NY
                                      *(City and State)*

                    See reverse for important information                Form I-862 (Rev. 08/01/07)

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this preceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before: _____   (Signature of Respondent)

(Signature and Title of Immigration Officer)   Date: 12/11/17

### Certificate of Service

This Notice To Appear was served on the respondent by me on 12/11/17, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

[X] in person   [ ] by certified mail, returned receipt requested   [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[X] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the ENGLISH language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____   _____
(Signature of Respondent if Personally Served)   (Signature and Title of officer)

Form I-862 Page 2 (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I-862 |
|---|---|---|
| Alien's Name<br>KIADII, RAMATU FAMETTU | File Number<br>097 421 333<br>Event No: NYC1703000397 | Date<br>12/04/2017 |

ALSO KNOWN AS
--------------
Ramatta B; SOKO, Ramatu; BRATCHER, Dorthy; ROBERT, Ramato; PRATT, Michelle; KIADLL, Ramutu

THE SERVICE ALLEGES THAT YOU:
-----------------------------
1. You are not a citizen or national of the United States;

2. You are a native of LIBERIA and a citizen of LIBERIA;

3. You arrived in the United States at or near an unknown place, on unknown date;

4. You were not then admitted or paroled after inspection by an Immigration Officer.

5. You were convicted of the crime of Petit Larceny, in violation of Section 155.25 of the New York State Penal Law, pursuant to a judgment entered on or about February 22, 2000 in the Criminal Court of the City of New York County of Richmond, under docket number 99R006181.

6. You were convicted of the crime of Petit Larceny, in violation of Section 155.25 of the New York State Penal Law, pursuant to a judgment entered on or about July 19, 2016 in the Criminal Court of the City of New York County of Richmond, under docket number 2015RI004347.


ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:
--------------------------------------------------------------------------------
212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act, as amended, in that you are an alien who has been convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

| Signature<br>J 1084 ALMODOVAR | Title<br>SDDO |
|---|---|

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

# DEPARTMENT OF HOMELAND SECURITY
## NOTICE OF CUSTODY DETERMINATION

Alien's Name: KIADII, RAMATU FAMETTU

A-File Number: 097 421 333

Date: 12/11/2017

Event ID: NYC1703000397

Subject ID: 358327630

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

[x] Detained by the Department of Homeland Security.

[ ] Released (check all that apply):

    [ ] Under bond in the amount of $ _____

    [ ] On your own recognizance.

    [ ] Under other conditions. [Additional document(s) will be provided.]

ALMODOVAR, J 1084
Name and Signature of Authorized Officer

12/11/2017 03:28 PM
Date and Time of Custody Determination

SDDO
Title

ICE ERO New York Field Office 26 FEDERAL PLAZA 9TH FLOOR NEW YORK, NY US 10278
Office Location/Address

---

You may request a review of this custody determination by an immigration judge.

[✓] I acknowledge receipt of this notification, and

    [✓] I **do** request an immigration judge review of this custody determination.

    [ ] I **do not** request an immigration judge review of this custody determination.

Signature of Alien

10/11/17
Date

---

The contents of this notice were read to KIADII, RAMATU FAMETTU (Name of Alien) in the ENGLISH (Name of Language) language.

CHAN, S 6667
Name and Signature of Officer

Name or Number of Interpreter (if applicable)

DEPORTATION OFFICER
Title

DHS Form I-286 (1/14)

Page 1 of 1

# ADDENDUM TO NOTICE OF CUSTODY DETERMINATION

*Gayle v. Johnson*, --- F. Supp.3d ---, 2015 WL 351669 (D.N.J. Jan. 28, 2015)

This addendum to the Department of Homeland Security, Notice of Custody Determination (DHS Form I-286 (1/14)) is provided to inform you of the basis for your detention under the Federal immigration laws and your right to seek review of your custody determination.

On January 28, 2015, the U.S. District Court for the District of New Jersey held that the Notice of Custody Determination (DHS Form I-286 (1/14)) fails to provide aliens subject to detention with adequate notice of their detention status, *i.e.*, whether the aliens are being detained under discretionary detention (Section 236(a) of the Immigration and Nationality Act (INA), 8 U.S.C. § 1226(a)) or mandatory detention (INA § 236(c), 8 U.S.C. § 1226(c)) grounds. As a result, the Court ruled that the U.S. Department of Homeland Security must inform all aliens detained in the State of New Jersey of the specific detention authority used to detain them and the type of custody redetermination hearing to which they are entitled. *Gayle v. Johnson*, --- F. Supp.3d ---, 2015 WL 351669, at *10, *25 (D.N.J. Jan. 28, 2015). This Addendum serves to inform you of the detention authority holding you and the type of hearing you may request.

Enclosed please notice that U.S. Immigration and Customs Enforcement (ICE) has determined that you are being detained under either discretionary or mandatory detention authority based on the box checked for that specific authority. You then may request a particular hearing corresponding to that detention authority. In other words, you may request an individualized bond determination hearing if you are being held under INA § 236(a) (discretionary detention). Likewise, you may request a custody redetermination, *i.e.*, a *Matter of Joseph* (*Joseph*), 22 I. & N. Dec. 799 (BIA 1999), hearing if you are being held under INA § 236(c) (mandatory detention).

If you would like to request a bond hearing or *Joseph* hearing before an Immigration Judge, please check the appropriate box and sign the form enclosed. A hearing then will be scheduled to determine your custody status.

Name: _____KIADII, Ramatu Fametta_____

Alien Number: _____097 421 333_____

☐ ICE has determined that you are subject to discretionary detention under INA § 236(a).

    ☐ Yes, I do want a bond hearing to review this custody determination.

    ☐ No, I do not want a bond hearing to review this custody determination.

    ☐ I decline to make an election at this time.

☑ ICE has determined that you are subject to mandatory detention under INA § 236(c).

    ☑ Yes, I do want a *Joseph* hearing to review this custody determination.

    ☐ No, I do not want a *Joseph* hearing to review this custody determination.

    ☐ I decline to make an election at this time.

Signature of Alien: _Ramatt Sako_ (signature)

Date: _____12/11/17_____

Name and Signature of Authorized Officer: _(signature)_

Title: __Supervisory Detention and Deportation Officer__

Name of Interpreter (if applicable): _____