UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMATU KIADII,

                Petitioner,

-against-

THOMAS DECKER, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement; THOMAS D. HOMAN in his official capacity as Deputy Diretor and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement; NATHALIE ASHER, in her official capacity as Acting Assistant Field Office Director of U.S. Immigration and Customs Enforcement; KIRSTJEN NIELSEN, in her official capacity as Secretary of the U.S. Department of Homeland Security; JAMES MCHENRY, in his official capacity as Director of the Executive Office for Immigration Review; TRACY SHORT in his official capacity as Principal Legal Advisor for U.S. Immigration and Customs Enforcement; JEFFERSON SESSIONS III, in his official capacity as Attorney General of the United States,

                Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/23/2018

18 Civ. 1584 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On February 21, 2018, Petitioner filed a petition for writ of habeas corpus (the "Petition"). Petition, ECF No. 1. The Petition requests, among other forms of relief, that Petitioner be immediately released pending the resolution of this matter and to remain free from immigration detention pending the conclusion of removal proceedings against her. *Id.* Accordingly, it is ORDERED that:

1. By **February 27, 2018**, Respondents shall respond to Petitioner's request for immediate release pending resolution of the Petition and continued release pending the resolution of removal proceedings; and

2. By **March 1, 2018**, Petitioner shall file a reply, if any.

      SO ORDERED.

Dated: February 23, 2018
       New York, New York

                                                  ANALISA TORRES
                                                United States District Judge