UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMATU KIADII,

                Petitioner,

-against-

THOMAS DECKER, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement; THOMAS D. HOMAN in his official capacity as Deputy Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement; NATHALIE ASHER, in her official capacity as Acting Assistant Field Office Director of U.S. Immigration and Customs Enforcement; KIRSTJEN NIELSEN, in her official capacity as Secretary of the U.S. Department of Homeland Security; JAMES MCHENRY, in his official capacity as Director of the Executive Office for Immigration Review; TRACY SHORT in his official capacity as Principal Legal Advisor for U.S. Immigration and Customs Enforcement; JEFFERSON SESSIONS III, in his official capacity as Attorney General of the United States,

                Respondents.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2021
```

18 Civ. 1584 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On February 21, 2018, Petitioner filed a petition for writ of habeas corpus (the "Petition"). ECF No. 1. On March 2, 2018, the Court ordered the release of Petitioner pending the resolution of the Petition. ECF No. 9. On April 12, 2019, Respondents stated that there was a hearing in the case scheduled for May 1, 2019. ECF No. 18. By **November 30, 2021**, the parties shall file a joint status letter which sets forth, *inter alia*, the status of all outstanding claims in this action and the outcome of the removability hearing.

      SO ORDERED.

Dated: November 18, 2021
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge