UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMATU KIADII,

                              Petitioner,

            -against-

JEFFERSON SESSIONS III, *et al.*,

                              Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2026

18 Civ. 1584 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' status update dated February 10, 2026, in which the parties informed the Court that they intend to file a joint motion for voluntary dismissal.  ECF No. 71. Accordingly, by **April 21, 2026**, the parties shall file a status update.

        SO ORDERED.

Dated: April 14, 2026
        New York, New York

_____
        ANALISA TORRES
  United States District Judge