UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/2026

RAMATU KIADII,

Petitioner,

-against-

Thomas DECKER, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement; Thomas D. HOMAN in his official capacity as Deputy Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement; Nathalie ASHER, in her official capacity as Acting Assistant Field Office Director of U.S. Immigration and Customs Enforcement; Kirstjen NIELSEN, in her official capacity as Secretary of the U.S. Department of Homeland Security; James MCHENRY, in his official capacity as Director of the Executive Office for Immigration Review; Tracy SHORT in his official capacity as Principal Legal Advisor for U.S. Immigration and Customs Enforcement; Jefferson SESSIONS III, in his official capacity as Attorney General of the United States,

Respondents.

18 Civ. 1584 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 24, 2026, the parties filed a joint stipulation of dismissal voluntarily dismissing Petitioner's claims against all Respondents pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* ECF No. 74. On April 27, 2026, attorney Perry McAnich, counsel for Plaintiff, received a notice to refile the stipulation because it was deficient for the reasons specified in the notice. *See* 04/27/2026 ECF Notice. Although counsel for Plaintiff has not refiled the stipulation correcting those deficiencies, the parties have advised the Court of Plaintiff's unfortunate passing away, *see* ECF Nos. 71, 73, and their agreement to dismissal without costs, *see* ECF No. 74. Accordingly, the Court shall give effect to the parties' stipulation and will dismiss this action with prejudice and without costs as to all Defendants.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: July 7, 2026
New York, New York

ANALISA TORRES
United States District Judge