**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

RAMATU KIADII,

Petitioner,

-against-

Thomas DECKER, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement; Thomas D. HOMAN in his official capacity as Deputy Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement; Nathalie ASHER, in her official capacity as Acting Assistant Field Office Director of U.S. Immigration and Customs Enforcement; Kirstjen NIELSEN, in her official capacity as Secretary of the U.S. Department of Homeland Security; James MCHENRY, in his official capacity as Director of the Executive Office for Immigration Review; Tracy SHORT in his official capacity as Principal Legal Advisor for U.S. Immigration and Customs Enforcement; Jefferson SESSIONS III, in his official capacity as Attorney General of the United States,

Respondents.

----------------------------------------------------------X

18 **CIVIL** 1584 (AT)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 7, 2026, the parties have advised the Court of Plaintiff's unfortunate passing away, *see* ECF Nos. 71, 73, and their agreement to dismissal without costs, *see* ECF No. 74. The Court shall give effect to the parties' stipulation and will dismiss this action with prejudice and without costs as to all Defendants; accordingly, the case is closed.

**DATED:** New York, New York
July 8, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**